UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-CV-752 MJD/JGL

| | |
|---|---|
| ABDISALAM HASHIM AHMED, FKA ALINOOR S. YUSUF, Plaintiff, v. WILLIAM J. HENDERSON, Postmaster General, United States Postal Service, Defendant. | ORDER OF DISMISSAL |

Based upon the Stipulation of Dismissal executed by the parties hereto,

IT IS ORDERED that the above-entitled matter may be and it is hereby dismissed, with prejudice, and on the merits without further cost to either party.

Dated: Sept 11, 2001

Michael J. Davis, Judge
United States District Court

SEP 11
FILED
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK