UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-CV-752 MJD/JGL

| | |
|---|---|
| ABDISALAM HASHIM AHMED,<br>FKA ALINOOR S. YUSUF,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. HENDERSON,<br>Postmaster General,<br>United States Postal Service,<br><br>Defendant. | STIPULATION OF DISMISSAL |

The above-entitled action, having been fully compromised and settled,

IT IS STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys, that this action may be dismissed with prejudice and without further cost to either party.

Dated: 5/17/01

ATTORNEY FOR PLAINTIFF

BY:
Kenneth Hertz, Esq.
Attorney for Plaintiff
Attorney ID No. 22926X
3853 Central Avenue N.E.
Columbia Heights, MN 55421
Telephone: (612) 781-9030

FILED SEP 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 5/21/01

ROBERT M. SMALL
United States Attorney

Mary Jo Madigan

BY: MARY JO MADIGAN
Assistant U.S. Attorney
Attorney ID Number 66266
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Attorney for Defendant
United States Postal Service

IT IS HEREBY ORDERED, this case is **DISMISSED WITH PREJUDICE** and without further cost to either party.

Dated September 12, 2001

MICHAEL J. DAVIS
**U.S. District Court Judge**

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500